GEORGE W. SHEARER and Another, Appellants, v. WALLKILL COUNCIL No. 92, JR. O. U. A. M., INC., and Others, Respondents.— Motion to dispense with the printing of certain exhibits which are already in printed form, granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

SOPHIE TORP, as Administratrix, etc., of THOMAS TORP, Deceased, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

IDA M. WERNER, as Administratrix, etc., of HENRY H. WERNER, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

LOUIS WITTEN and Others, Appellants, v. BETTIE WITTEN and Others, Respondents.— Motion for reargment denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

BULKLEY & HORTON COMPANY, Appellant, v. THATCHER ESTATE, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

FIRST NATIONAL BANK OF SECAUCUS, Respondent, v. MICHAEL A. DI MENNA, Appellant, Impleaded with Others, Defendants.— Order granting new trial reversed upon the law and the facts, with costs to the appellant; verdict of the jury reinstated, and judgment directed for defendant in accordance therewith, with costs. We can see no sound reason for the granting of the motion. There was abundant evidence to sustain the verdict, and none of the rulings made by the trial court during the trial, and which were excepted to, were prejudicial to plaintiff. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

CORNELIUS W. GARRISON, as Trustee in Bankruptcy of CENTURY STEEL COMPANY OF AMERICA, INC., Appellant, v. EDWARD E. PERKINS and Others, Respondents. (Appeal No. 2.) — Order vacating notice of examination of defendant Schatz before trial reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The papers indicate that the examination of the defendant is material and necessary. Some of the objections urged at the time the motion was made are now academic. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.